An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

SHAWN FARRELL, AN INDIVIDUAL,
Appellant,
vs.
SERVICE MASTERS LANDSCAPE &
MAINTENANCE, INC. D/B/A BILMAR
LANDSCAPE INDUSTRIES, A
NEVADA CORPORATION,
Respondents.

No. 63883

**FILED**

SEP 16 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

On August 27, 2013, appellant filed this appeal in this court without payment of the requisite filing fee.[1] On September 11, 2013, appellant filed a motion to dismiss this appeal. Accordingly, cause appearing, appellant's motion is granted and this appeal is hereby dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Stefany Miley, District Judge
Dennie Law Offices
Stephenson & Dickinson
Eighth District Court Clerk

---

[1] Appellant's failure to pay the Supreme Court filing fee could constitute an independent basis on which to dismiss this appeal.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-27331